# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| LARRY DEWAYNE GAITHER,      ] | |
| ] | |
| Movant,      ] | |
| ] | |
| vs.      ] | CR-02-KOB-RRA-0443-E |
| ] | |
| UNITED STATES OF AMERICA,   ] | |
| ] | |
| Respondent.      ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the that movant's "Motion for Reduction of Sentence under Federal Rules of Criminal Procedure, Rule 35(b) Circumstances" be DENIED. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The "Motion for Reduction of Sentence under Federal Rules of Criminal Procedure, Rule 35(b) Circumstances" is due to be DENIED. An appropriate order will be entered.

Done this 16th day of May, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE